**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841    www.brill-legal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __8/22/16__

**MEMO ENDORSED**

August 19, 2016

Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

The application is  ✗ granted.
                    ___ denied.

_____
Edgardo Ramos, U.S.D.J. (Part 1)
Dated: Aug 22, 2016
New York, New York 10007

Re:   *USA v. Jose Michel*
      13 Cr. 483 (JGK)

Dear Judge Koeltl:

I write the Court seeking an Order directing Pre-Trial Services to return Mr. Michel's passport.

Mr. Michel was previously convicted before Your Honor after a guilty plea and sentenced to a period of incarceration. He was released last month and returned home.

At the time of his presentment, one of the conditions of his bail package was that he surrender his passport to Pre-Trial Services, which he did. Pre-Trial Services is still in possession of the passport.

As such, I am requesting that the Court endorse this letter and direct the return of the passport to Mr. Michel upon his appearance at Pre-Trial Services office with proper identification.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

15 Maiden Lane
Suite 1500
New York, N.Y. 10038

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550

2454 Main Street, Unit F
P.O. Box 1071
Bridgehampton, N.Y. 11932